■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SMILEY, JR., Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered November 18, 1960, convicting him, on his plea of guilty, of robbery in the second degree, unarmed, and sentencing him, as a third felony offender, to serve a term of 15 to 30 years. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY STRYZEWSKI, Appellant.— Appeal by defendant from an order of the County Court, Queens County, dated July 6, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court rendered December 20, 1944, convicting him, on his plea of guilty, of attempted robbery in the second degree, while armed, and sentencing him, as a prior felony offender, to serve a term of 10 to 15 years. Order affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.